IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD BROWN                                                                                      PLAINTIFF

VS.                                    CASE NO. 3:05CV00156 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## ORDER

Plaintiff's motion to proceed in forma pauperis was previously granted (DE #3). The applicant may proceed without prepayment of fees and costs or security therefor. If counsel elects to perfect service by certified mail, he is directed to inform the Court by filing a memo to the file stating this. Counsel must file the memo within twenty days of the date of this Order. If service is to be through the United States Marshal, counsel must provided the necessary form 285, along with three copies of the complaint and summonses to the Marshal, who is directed to serve Defendant without prepayment of fees and costs or security therefor. In order for proper deadlines to be set, counsel must title any service in social security appeals as "Summons Returned Executed as to USA."

SO ORDERED this 9th day of August, 2005.

*/s/ Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE