IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD BROWN                                                                                    PLAINTIFF

V.                                       NO. 3:05CV00156-HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## ORDER

Defendant has filed a motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a hearing.

The Commissioner seeks remand for further evaluation of the record, including Plaintiff's covered earnings of $13,846 as posted on his earnings record for 2001, and the medical and other evidence of record. Plaintiff replied that he has no objection to the requested remand (docket entry #19). Under the circumstances, a sentence four remand is appropriate. *Buckner v. Apfel*, 213 F.3d 1006, 1010-1011 (8th Cir. 2000).

Accordingly, it is hereby

ORDERED that Defendant's motion to remand (docket entry # 18) is granted. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

DATED this 5th day of May, 2006.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE