IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICHARD BROWN                                                                                              PLAINTIFF

VS.                              CASE NO. 3:05CV00156 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the Defendant's motion to remand is granted.

SO ADJUDGED this 5th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE